469 A.2d 302

Lang, Appellant v. Delaware Valley Mental Health.
Petition for Allowance of Appeal
Denied March 29, 1984.

 Argued October 13, 1983. David Ferleger, for appellant; Joseph S. McNulty, Jr., for Delaware, appellee; Joseph M. Hankins, for Honig, et al., appellees.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Order affirmed.